UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| IVAN SUZMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil No. 07-217-P-S |
| v. | ) |
| | ) |
| BRENDA M. HARVEY, Commissioner, | ) |
| Maine Department of Human Services, | ) |
| | ) |
| Defendant. | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 25, 2008, his Recommended Decision (Docket No. 8).  Defendant filed its Objection to the Recommended Decision (Docket No. 9) on August 11, 2008.  Plaintiff filed his Objection to the Recommended Decision (Docket No. 10) on August 11, 2008.  Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 11) on August 25, 2008 .

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 5) is **GRANTED** as to Count II of the complaint and otherwise **DENIED**.

        /s/George Z. Singal_____
        Chief U.S. District Judge

Dated: August 27, 2008