UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| Ivan Suzman, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIV. ACTION NO. 2:07-CV-00217-GZS |
| | * | |
| Brenda Harvey, Commissioner, | * | |
| Maine Department of Health and | * | |
| Human Services, | * | |
| | * | |
| Defendant | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)

NOW COME the parties to this action, through their undersigned attorneys, and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss this action and all claims, including claims for attorney fees, that were or could have been asserted therein, with prejudice and without costs.

Dated: October 17, 2008                /s/ Sean Ociepka
                                       _____
                                       Sean Ociepka, Esq.
                                       sociepka@drcme.org

                                       /s/ Ross Doerr
                                       _____
                                       Ross Doerr, Esq.
                                       rdoerr@drcme.org

                                       Attorneys for Plaintiff
                                       Disability Rights Center
                                       24 Stone Street
                                       P.O. Box 2007
                                       Augusta, Maine 04338-2007

/s/ Janine A. Raquet
_____

Janine A. Raquet, Esq.
Janine.Raquet@maine.gov

Attorney for Defendant
Assistant Attorney General
Maine Attorney General's Office
84 Harlow St., 2nd Floor
Bangor, ME 04401

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2008, I electronically filed the parties' Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filings(s) to Defendant's counsel.

Dated:  October 17, 2008                               /s/ Sean Ociepka
                                                       _____

                                                       Sean Ociepka, Esq.
                                                       Disability Rights Center
                                                       Attorney for Plaintiff
                                                       24 Stone St.
                                                       PO Box 2007
                                                       Augusta, ME 04338-2007
                                                       sociepka@drcme.org